AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

| | |
|---|---|
| Ahaji Amos and Kirk Amos Delivery and Courier, LLC )<br>*Plaintiff* )<br>v. )<br>Amazon Logistics, Inc. )<br>*Defendant* ) | Case No. 1:22-cv-00055 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Amazon Logistics, Inc.

Date: 02/08/2022

/s/ Christopher T. Graebe
*Attorney's signature*

Christopher T. Graebe, NC Bar No. 17416
*Printed name and bar number*

Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 27601
*Address*

cgraebe@morningstarlawgroup.com
*E-mail address*

(919) 863-9092
*Telephone number*

(919) 882-8890
*FAX number*