UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| AHAJI AMOS and KIRK AMOS DELIVERY AND COURIER, LLC<br><br>                  Plaintiffs,<br><br>v.<br><br>AMAZON LOGISTICS, INC.,<br>                  Defendant. | CASE NO. 1:22-cv-00055<br><br>DEFENDANT'S MOTION TO DISMISS AND COMPEL ARBITRATION PURSUANT TO RULE 12(B)(3) |

Defendant Amazon Logistics, Inc. ("Amazon"), through its undersigned counsel, moves to dismiss the Complaint for improper venue and to compel arbitration pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure and the parties' written arbitration agreement. The Declaration of Micah McCabe, which attaches the written arbitration agreement is filed in support of the motion, and a supporting brief is filed contemporaneously herewith. *See Grimes v. Gov't Emples. Ins. Co.*, 2019 U.S. Dist. LEXIS 126618, *5 (M.D.N.C., July 30, 2019) ("Arbitration clauses are a subset of forum-selection clauses, which are enforced in this circuit pursuant to a Rule 12(b)(3) motion to dismiss for improper venue. The court may examine evidence outside the pleadings when considering the motion.") (citations omitted).

1

Respectfully submitted the 25 day of March, 2022.

        SUMMIT LAW GROUP, PLLC

        By /*s/ Philip S. McCune*/
        By /*s/ Diana S. Breaux*/
           Philip S. McCune, WSBA #21081
           Diana S. Breaux, WSBA #46112
           315 Fifth Avenue S., Suite 1000
           Seattle, WA 98104-2682
           (206) 676-7000
           *philm@summitlaw.com*
           *dianab@summitlaw.com*

        MORNINGSTAR LAW GROUP

        By /*s/ Christopher T. Graebe*/
           Christopher T. Graebe
           NC Bar No. 17416
           421 Fayetteville Street, Suite 530
           Raleigh, NC 27601
           (919) 863-9092
           *cgraebe@mstarlaw.com*

        Attorneys for Defendant Amazon Logistics, Inc.