# EXHIBIT A

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| TRITON TRANSPORTATION, LLC, an Oregon limited liability company; and LAST MILE DELIVERY LLC, an Oregon limited liability company,<br><br>Plaintiffs,<br>v.<br><br>AMAZON LOGISTICS, INC., a Delaware corporation.<br><br>Defendant. | CASE NO. 21CV41524<br><br>**ORDER ON MOTION TO COMPEL ARBITRATION** |

Oral argument on Defendant's Motion to Compel Arbitration occurred on March 17, 2022. Plaintiffs were present and represented by Thomas Rask. Defendant was represented by Sarah Crooks. After considering the written memoranda and oral argument of the parties, Defendant's Motion is HEREBY GRANTED because the contract between the parties requires the application of the law of the state of Washington and, accordingly, the provisions of the Washington Uniform Arbitration Act. This case SHALL be submitted to arbitration.

IT IS SO ORDERED.

Dated this 31st day of March, 2022.

_____
Katharine von Ter Stegge
Multnomah County Circuit Court Judge

Original: Court File
cc: Thomas Rask, Counsel for Plaintiffs
Sarah Crooks, Counsel for Defendant

Page 1 – ORDER ON MOTION TO COMPEL ARBITRATION