FILED:  July 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 22-1748
(1:22-cv-00055-CCE-JEP)

———————————

AHAJI AMOS; KIRK AMOS DELIVERY AND COURIER, LLC

Plaintiffs - Appellants

v.

AMAZON LOGISTICS, INC.

Defendant - Appellee

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:22-cv-00055-CCE-JEP |
| Date notice of appeal filed in originating court: | 07/13/2022 |
| Appellant(s) | Ahaji Amos; Kirk Amos Delivery and Courier, LLC |
| Appellate Case Number | 22-1748 |
| Case Manager | Naeemah R. Sims 804-916-2704 |